384 A.2d 982

Coale, Appellant, v. Coale.

Argued November 22, 1977. Willard R. Crout, for appellant; S. Asher Winikoff, for appellee.

Order affirmed.